AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

United States District Court
Southern District of Texas
FILED

FEB 17 2012

David J. Bradley, Clerk

United States of America
v.
Edgar HINOJOSA
YOB: 1976   USC

Defendant(s)

Case No. M-12-0379-M

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of April 20, 2009 in the county of Kennedy in the Southern District of Texas, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 USC 846 | Conspiracy with intent to distribute 23.76 kilograms of cocaine. |

This criminal complaint is based on these facts:

See Attached

☒ Continued on the attached sheet.

Approved for filing per profit 2/17/12

Sworn to before me and signed in my presence.

Date: February 17, 2012 2:57pm

City and state: McAllen, Texas

Complainant's signature

Samuel Deornellas, Special Agent, DEA
Printed name and title

Judge's signature

Peter E. Ormsby
Printed name and title
U.S. Magistrate Judge

This criminal complaint is based on these facts:

On April 20, 2009, the defendant, Edgar HINOJOSA, conspired with a Cooperating Defendant, hereafter referred to as CD#1, to distribute 23.76 kilograms of cocaine. On April 20, 2009, CD#1 was arrested in Sarita, TX attempting to transport said cocaine through the US Border Patrol Checkpoint. On August 7, 2009, Corpus Christi DEA Agents interviewed CD#1 who admitted and identified the defendant as the Source of Supply for the cocaine. On December 14, 2011, Brownsville DEA Agents interviewed Cooperating Defendant #2 (CD#2) who identified the defendant as a cocaine trafficker and stated that the defendant told CD#2 that the cocaine seized belonged to the defendant and that CD#1 was arrested with the cocaine. Continuing on the same date, Brownsville DEA Agents interviewed Cooperating Defendant #3 (CD#3) who identified the defendant as a cocaine trafficker and stated that the defendant told CD#3 that the cocaine seized belonged to the defendant and that CD#1 was arrested with the cocaine. On February 17, 2012, DEA Agents arrested the defendant based on these facts.